### 7570.   OWEN *v.* CITY OF ATLANTA.

BROYLES, J.  The evidence authorized the judgment of the recorder, and the judge of the superior court did not err in overruling the petition for certiorari.                    *Judgment affirmed.*

DECIDED JULY 29, 1916.

Certiorari; from Fulton superior court—Judge Pendleton. April 18, 1916.

*John S. McClelland,* for plaintiff in error.

*J. L. Mayson, S. D. Hewlett,* contra.

---

### 7579.   ROBERTS *v.* THE STATE.

BROYLES, J.  The date of the judge's certificate to the bill of exceptions will be presumed to be the date on which it was tendered to him, where it does not affirmatively appear from the bill of exceptions or from the certificate thereto that it was tendered on a different date.  To give this court jurisdiction in a criminal case, the bill of exceptions must be tendered within *twenty* days from the rendition of the judgment complained of; and where the date on which it was tendered does not affirmatively appear, and the recital in the bill of exceptions that it was tendered "within the time provided by law" is qualified by the additional words, "and within thirty days of the entry of the order overruling and denying said motion for a new trial," and the certificate of the judge is dated twenty-five days after the rendition of the judgment, the jurisdiction of this court to entertain the writ of error is not affirmatively shown.  *Wallace* v. *State,* 16 *Ga. App.* 30 (84 S. E. 486).  Under this ruling the writ of error is          *Dismissed.*

DECIDED JULY 29, 1916.

Indictment for assault with intent to murder; from Burke superior court—Judge H. C. Hammond. April 24, 1916.

*Thomas L. Hill,* for plaintiff in error.

*A. L. Franklin, solicitor-general, John M. Graham,* contra.